DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY MAGER,**
Appellant,

v.

**PUBLIC CURATOR OF QUEBEC,**
Appellee.

No. 4D19-113

[December 19, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. PRC18000617.

Brandan J. Pratt, Jennifer L. Fox and Christopher Barton of Huth, Pratt & Milhauser, Boca Raton, for appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***